AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| RASURE, DANA L. | U.S. BANKR. COURT, N.D. OF OK | 05/06/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Judge-full time | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2018 <br> to <br> 12/31/2018 |

**7. Chambers or Office Address**

THE FEDERAL BUILDING
224 SOUTH BOULDER AVENUE
TULSA, OKLAHOMA 74103

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Revocable Trust #1 |
| 2. | Trustee | Revocable Trust #2 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RASURE, DANA L. | 05/06/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RASURE, DANA L. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merrill Lynch - cash, money accounts | A | Interest | K | T | | | | | |
| 2. Invesco International Mutual Fund | A | Dividend | K | T | | | | | |
| 3. Oppenheimer Global Fund A Mutual Fund (IRA) | A | Dividend | K | T | Buy (add'l) | 07/18/18 | J | | |
| 4. Oppenheimer Global Fund A Mutual Fund (IRA) | A | Dividend | K | T | Buy (add'l) | 07/18/18 | J | | |
| 5. Mass Mutual Whole Life Ins. (856) | D | Dividend | M | T | | | | | |
| 6. Mass Mutual Whole Life Ins. (90) | D | Dividend | N | T | | | | | |
| 7. Mass Mutual Whole Life Ins. (43) | D | Dividend | N | T | | | | | |
| 8. Royal Dutch Shell - Spons ADR B | B | Dividend | K | T | | | | | |
| 9. Royal DutchShell - Spons ADR A | B | Dividend | K | T | | | | | |
| 10. MFS Growth Mutual Fund, A class shares | A | Dividend | K | T | | | | | |
| 11. Oppenheimer Global Opportunities Fund A | | None | K | T | Buy (add'l) | 07/18/18 | J | | |
| 12. Oppenheimer Real Estate Fund A | A | Dividend | | | Sold | 07/18/18 | J | | |
| 13. Oppenheimer Int'l Equity Fund A fka Opp Int'l Fund A | A | Dividend | J | T | | | | | |
| 14. Oppenheimer Developing Markets Fund A | A | Dividend | K | T | Sold (part) | 07/18/18 | K | | |
| 15. Oppenheimer Intl. Small Co. Fund A | A | Dividend | L | T | | | | | |
| 16. Oppenheimer Global Opportunities Fund A | | None | K | T | Buy (add'l) | 07/18/18 | J | | |
| 17. Oppenheimer Developing Markets Fund A | A | Dividend | J | T | Sold (part) | 07/18/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RASURE, DANA L. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Oppenheimer Int'l. Small-Mid Co. Fund A | A | Dividend | L | T | | | | | |
| 19. Amer Fund Wash Mut Investors Fund | B | Dividend | M | T | | | | | |
| 20. Prosperity Bank Accounts (cash & equivalents) | A | Interest | | | Closed | 03/21/18 | | | |
| 21. UBS Fin Serv (cash, money accounts) | A | Interest | J | T | | | | | |
| 22. UBS Fin Serv (cash & equiv) | A | Interest | J | T | | | | | |
| 23. UBS Fin Serv (cash & equiv) | A | Interest | | | Closed | 03/27/18 | | | |
| 24. Johnson Cnty KS Uni Sch Dist (4.125%) | A | Interest | | | Redeemed | 09/04/18 | J | | |
| 25. Johnson Cnty KS Uni Sch Dist (4.0%) | A | Interest | J | T | | | | | |
| 26. American Fund: Capital Inc. Builder Fund A | A | Dividend | J | T | | | | | |
| 27. Davis Fin. Fd. Cl. | A | Dividend | J | T | | | | | |
| 28. American Fund: New Perspective Fd Cl. A | A | Dividend | J | T | | | | | |
| 29. Putnam Global Res Fd A | A | Dividend | J | T | | | | | |
| 30. Edward Jones Cash Account | | None | | | Closed | 03/15/18 | J | | |
| 31. Invesco Am. Franchise Fd CL A | | None | K | T | | | | | |
| 32. Oppenheimer Int'l Growth Fund A | A | Dividend | J | T | | | | | |
| 33. Oppenheimer Int'l Equity Fund A fka Opp Int'l Value Fund | A | Dividend | J | T | | | | | |
| 34. UBS Fin Serv FHR 2693 MD-Gov Collateralized Mortgage Obligation | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RASURE, DANA L. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Trend Fund fka Fidelity Trend | A | Dividend | K | T | | | | | |
| 36. DRRB Nebraska, LLC -- Property located in Ord, NE | E | Rent | P1 | U | | | | | |
| 37. BOK Fin. Securities Accts fka BOSC, Inc. | E | Interest | P1 | T | | | | | |
| 38. DRRB Nebraska, LLC cash, money accounts at Bank of Oklahoma | | None | J | T | | | | | |
| 39. RBDR Idaho, LLC cash, money accounts at Bank of Oklahoma | | None | J | T | | | | | |
| 40. Bank of Oklahoma accounts | A | Interest | K | T | | | | | |
| 41. Wells Fargo Advisors cash/sweep balance acct #1 | A | Interest | J | T | Open | 09/04/18 | J | | |
| 42. Morgan Stanley cash acct #1 | D | Interest | | | Open | 03/15/18 | P1 | | |
| 43. Morgan Stanley cash acct #1 | | | | | Closed | 09/04/18 | P1 | | |
| 44. Wells Fargo Advisors cash/sweep balance acct #2 | E | Interest | P1 | T | Open | 09/04/18 | P1 | | |
| 45. Morgan Stanley cash acct #2 | A | Interest | | | Open | 03/15/18 | O | | |
| 46. Morgan Stanley cash acct #2 | | | | | Closed | 09/04/18 | L | | |
| 47. Wells Fargo Advisors cash/sweep balance acct #3 | A | Interest | L | T | Open | 09/04/18 | L | | |
| 48. ABBOTT LABORATORIES | A | Dividend | K | T | Buy | 10/11/18 | K | | |
| 49. ALPHABET INC CL A | | None | | | Buy | 03/27/18 | K | | |
| 50. | | | | | Buy (add'l) | 05/11/18 | J | | |
| 51. | | | | | Sold | 10/11/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RASURE, DANA L. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. AMAZON COM INC | | None | K | T | Buy | 03/21/18 | K | | |
| 53. | | | | | Buy (add'l) | 03/22/18 | J | | |
| 54. AMERICAN TOWER REIT COM | A | Dividend | K | T | Buy | 05/15/18 | K | | |
| 55. AMERICAN WATER WORKS CO INC | | None | K | T | Buy | 12/19/18 | K | | |
| 56. APPLE INC | A | Dividend | K | T | Buy | 05/14/18 | K | | |
| 57. BALL CORP | | None | K | T | Buy | 12/27/18 | K | | |
| 58. CHENIERE ENERGY | | None | | | Buy | 03/21/18 | K | | |
| 59. | | | | | Buy (add'l) | 03/23/18 | J | | |
| 60. | | | | | Buy (add'l) | 04/19/18 | J | | |
| 61. | | | | | Sold | 11/14/18 | K | B | |
| 62. CHEVRON CORP | A | Dividend | | | Buy | 04/02/18 | J | | |
| 63. | | | | | Buy (add'l) | 05/11/18 | J | | |
| 64. | | | | | Sold | 10/25/18 | K | A | |
| 65. CHURCH & DWIGHT INC | A | Dividend | K | T | Buy | 11/12/18 | K | | |
| 66. CISCO SYS INC | A | Dividend | J | T | Buy | 03/27/18 | K | | |
| 67. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 68. | | | | | Buy (add'l) | 11/27/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RASURE, DANA L. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CLOROX COMPANY | | None | K | T | Buy | 11/12/18 | K | | |
| 70. COCO-COLA EUROPEAN PARTNERS PLC | | None | K | T | Buy | 12/27/18 | K | | |
| 71. CONAGRA BRANDS INC | | None | | | Buy | 10/30/18 | K | | |
| 72. | | | | | Sold | 12/12/18 | K | C | |
| 73. EATON CORP PLC SHS | A | Dividend | | | Buy | 03/27/18 | J | | |
| 74. | | | | | Buy (add'l) | 05/11/18 | J | | |
| 75. | | | | | Sold | 10/30/18 | J | A | |
| 76. EBAY INC | | None | | | Buy | 03/22/18 | J | | |
| 77. | | | | | Buy (add'l) | 05/11/18 | J | | |
| 78. | | | | | Sold | 05/22/18 | K | A | |
| 79. ELI LILLY & CO | | None | K | T | Buy | 12/27/18 | K | | |
| 80. ESTEE LAUDER CO INC CL A | A | Dividend | K | T | Buy | 08/01/18 | K | | |
| 81. FACEBOOK INC CL-A | | None | | | Buy | 03/21/18 | K | | |
| 82. | | | | | Buy (add'l) | 03/23/18 | J | | |
| 83. | | | | | Sold | 03/28/18 | K | A | |
| 84. FIDELITY ADV EMERG MKTS | A | Dividend | K | T | Buy | 04/11/18 | K | | |
| 85. | | | | | Buy (add'l) | 05/14/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RASURE, DANA L. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 06/07/18 | K | | |
| 87. | | | | | Sold (part) | 08/07/18 | K | C | |
| 88. | | | | | Buy (add'l) | 11/27/18 | J | | |
| 89. FIRST ENERGY CORP | A | Dividend | K | T | Buy | 07/31/18 | K | | |
| 90. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 91. FIRST TRUST ENHANCED ETF | | None | L | T | Buy | 12/18/18 | L | | |
| 92. FIRST TRUST SMALL CAP GROWTH | A | Dividend | | | Buy | 05/22/18 | K | | |
| 93. | | | | | Sold | 12/07/18 | K | B | |
| 94. GARRETT MOTION INC | | None | | | Spinoff (from line 54) | 10/01/18 | J | | |
| 95. | | | | | Sold | 10/05/18 | J | A | |
| 96. HELEN OF TROY LIMITED | | None | K | T | Buy | 09/18/18 | K | | |
| 97. HOME DEPOT INC | A | Dividend | J | T | Buy | 04/02/18 | J | | |
| 98. HONEYWELL INTERNATIONAL INC | A | Dividend | | | Buy | 03/27/18 | J | | |
| 99. | | | | | Buy (add'l) | 05/14/18 | J | | |
| 100. | | | | | Sold | 12/12/18 | K | A | |
| 101. ISHARES INDIA 50 ETF | | None | | | Buy | 03/27/18 | K | | |
| 102. | | | | | Buy (add'l) | 05/14/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RASURE, DANA L. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 06/07/18 | K | A | |
| 104. ISHARES MSCI EMERGING MKTS ETF | | None | | | Buy | 03/21/18 | K | | |
| 105. | | | | | Sold | 04/11/18 | K | A | |
| 106. JPMORGAN CHASE & CO | A | Dividend | | | Buy | 03/21/18 | J | | |
| 107. | | | | | Buy (add'l) | 03/23/18 | J | | |
| 108. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 109. | | | | | Sold | 12/21/18 | K | C | |
| 110. MARSH & MCLENNAN CO INC | | None | K | T | Buy | 10/30/18 | K | | |
| 111. MERCADOLIBRE INC | | None | | | Buy | 03/22/18 | K | | |
| 112. | | | | | Buy (add'l) | 05/11/18 | J | | |
| 113. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 114. | | | | | Sold | 06/06/18 | K | A | |
| 115. MICROSOFT CORP | A | Dividend | K | T | Buy | 04/02/18 | J | | |
| 116. NETFLIX INC | | None | | | Buy | 05/14/18 | K | | |
| 117. | | | | | Buy (add'l) | 06/06/18 | K | | |
| 118. | | | | | Sold | 11/21/18 | K | A | |
| 119. NORFOLK SOUTHERN CORP | | None | | | Buy | 11/12/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RASURE, DANA L. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 12/12/18 | K | B | |
| 121. NVIDIA CORP | A | Dividend | | | Buy | 03/21/18 | K | | |
| 122. | | | | | Buy (add'l) | 03/23/18 | J | | |
| 123. | | | | | Buy (add'l) | 04/19/18 | J | | |
| 124. | | | | | Sold | 11/20/18 | J | A | |
| 125. ONEOK INC | A | Dividend | J | T | Buy | 04/19/18 | K | | |
| 126. OPPENHEIMER S&P ETF | | None | K | T | Buy | 11/27/18 | K | | |
| 127. PFIZER INC | A | Dividend | K | T | Buy | 03/22/18 | K | | |
| 128. | | | | | Buy (add'l) | 05/14/18 | J | | |
| 129. POWERSHARES OPTIMUM YIELD | | None | | | Buy | 04/11/18 | K | | |
| 130. | | | | | Buy (add'l) | 04/19/18 | J | | |
| 131. | | | | | Buy (add'l) | 05/11/18 | J | | |
| 132. | | | | | Buy (add'l) | 05/14/18 | J | | |
| 133. | | | | | Sold | 12/03/18 | K | C | |
| 134. PROSHARES TR SHORT DOW ETF | | None | | | Buy | 10/11/18 | K | | |
| 135. | | | | | Sold | 10/12/18 | K | A | |
| 136. PURE STORAGE INC CL A | | None | | | Buy | 09/18/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. | | | | | Sold | 10/16/18 | K | C | |
| 138. RESIDEO TECHNOLOGIES | | None | | | Spinoff (from line 54) | 10/29/18 | J | | |
| 139. | | | | | Sold | 11/12/18 | J | A | |
| 140. RIO TINTO PLC SPON ADR | | None | | | Buy | 05/15/18 | K | | |
| 141. | | | | | Sold | 09/13/18 | K | C | |
| 142. ROCKWELL AUTOMATION INC | | None | | | Buy | 03/27/18 | J | | |
| 143. | | | | | Buy (add'l) | 04/19/18 | J | | |
| 144. | | | | | Sold (part) | 04/26/18 | J | A | |
| 145. | | | | | Sold | 12/12/18 | J | A | |
| 146. SUNTRUST BKS | A | Dividend | | | Buy | 03/27/18 | J | | |
| 147. | | | | | Buy (add'l) | 05/14/18 | J | | |
| 148. | | | | | Sold | 10/10/18 | K | A | |
| 149. TAIWAN SMCNDCTR MFG CO LOTD ADR | B | Dividend | K | T | Buy | 04/02/18 | J | | |
| 150. | | | | | Buy (add'l) | 04/19/18 | J | | |
| 151. | | | | | Buy (add'l) | 05/11/18 | J | | |
| 152. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 153. THERMO FISHER SCHENTIFIC INC | | None | K | T | Buy | 10/11/18 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. TOTAL S A SPON ADR | | None | | | Buy | 03/22/18 | K | | |
| 155. | | | | | Buy (add'l) | 04/19/18 | J | | |
| 156. | | | | | Sold | 11/14/18 | K | A | |
| 157. UNISYS CORP | | None | | | Buy | 09/18/18 | K | | |
| 158. | | | | | Sold | 12/27/18 | J | D | |
| 159. US BANCORP COM NEW | A | Dividend | | | Buy | 03/21/18 | K | | |
| 160. | | | | | Buy (add'l) | 05/14/18 | J | | |
| 161. | | | | | Sold | 12/18/18 | K | B | |
| 162. VANGUARD FTSE EUROPE ETF | B | Dividend | | | Buy | 03/21/18 | K | | |
| 163. | | | | | Sold | 10/10/18 | K | B | |
| 164. VANGUARD FTSE PACIFIC EFT | A | Dividend | | | Buy | 03/21/18 | K | | |
| 165. | | | | | Buy (add'l) | 04/19/18 | J | | |
| 166. | | | | | Sold | 10/30/18 | K | C | |
| 167. VERIZON COMMUNICATIONS COM | | None | K | T | Buy | 12/28/18 | K | | |
| 168. VISA INC CL A | A | Dividend | | | Buy | 03/27/18 | J | | |
| 169. | | | | | Buy (add'l) | 05/11/18 | J | | |
| 170. | | | | | Sold | 12/21/18 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RASURE, DANA L. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. WYNN RESORTS LTD | A | Dividend | | | Buy | 03/22/18 | J | | |
| 172. | | | | | Buy (add'l) | 04/19/18 | J | | |
| 173. | | | | | Buy (add'l) | 05/14/18 | J | | |
| 174. | | | | | Sold | 08/07/18 | K | C | |
| 175. XILINX INC | | None | K | T | Buy | 11/27/18 | K | | |
| 176. YUM BRANDS INC | | None | K | T | Buy | 12/19/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RASURE, DANA L. | 05/06/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Re: Part VII.  All assets of the two revocable trusts described in Part I are included in Part VII.

Re: Part VII, Line 40.  The other asset of this LLC is non-reportable property.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DANA L. RASURE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544